FILED

03/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0027

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0027

_____

CITY OF MISSOULA,

      Plaintiff and Appellee,

  v.

JODY LYNN POPE,

      Defendant and Appellant.

_____

**GRANT OF EXTENSION**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 12, 2020, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 6 2020